UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

City of Bethlehem, Pennsylvania,
Individually and on behalf of all others
Similarly situated,

      Plaintiff,                        Civil No. 05-2883 (RHK/JSM)

vs.                          **DISQUALIFICATION AND**
                                 **ORDER FOR REASSIGNMENT**

Guidant Corporation, Cardiac
Pacemakers, Inc., Guidant Sales
Corporation,

      Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 20, 2005

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge